Joseph L. Franco, OSB No. 073913
E-mail: joe.franco@hklaw.com
Sarah Molinoff, OSB No. 215833
Email: sarah.molinoff@hklaw.com
Gregory J. Mina, OSB No. 195310
Email: greg.mina@hklaw.com
**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300
Fax:  503.241.8014

*Attorneys for Manuel Castaneda, Rosa Castaneda,
and Better Way, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MANUEL CASTANEDA, ROSA CASTANEDA, and BETTER WAY, LLC, an Oregon limited liability company, | Case No. 6:23-cv-01803-MC |
| Plaintiffs, | STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |
| v. | |
| CITY OF DEPOE BAY, a municipality and political subdivision of the State of Oregon, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto, by and through their attorneys of record, hereby stipulate that this matter be dismissed with prejudice and with no award of costs, disbursements, or attorneys' fees to any party.

Page 1 -    STIPULATED JUDGMENT OF DISMISSAL WITH
PREJUDICE

IT IS THEREFORE ORDERED AND ADJUDGED that the above-captioned matter, and all claims asserted therein by all parties, is dismissed with prejudice and with no award of costs, disbursements, or attorneys' fees to any party.

So stipulated this 31st day of July, 2026:


By: */s/Joseph L. Franco*
Joseph L. Franco, OSB No. 073913
Email:  joe.franco@hklaw.com
Sarah Molinoff, OSB No. 215833
Email: sarah.molinoff@hklaw.com
Gregory J. Mina, OSB No. 195310
Email: greg.mina@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300
Fax:  503.241.8014

*Attorneys for Plaintiffs Manuel Castaneda,*
*Rosa Castaneda, and Better Way, LLC*

By: */s/Kenneth S. Montoya*
Kenneth S. Montoya, OSB #064467
Email: kenny@montoyalaw.org
Keegan C. Murphy, OSB #194264
Email: keegan@montoyalaw.org
Amanda L. Reilly, OSB #194422
Email: amanda@montoyalaw.org
Montoya Law LLC
350 Mission Street SE Suite 202
Salem, OR 97302
Telephone:  503-990-8436
Fax: 503-878-8598

Blake J. Robinson, OSB #084543
Email: blakerobinson@dwt.com
Marcus Eyth, OSB #091041
Email: marcuseyth@dwt.com
Davis Wright Tremaine, LLP
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Telephone: 503-241-2300
Fax: 503-778-5299

*Attorneys for Defendant City of Depoe Bay*


Page 2 -    STIPULATED JUDGMENT OF DISMISSAL WITH
PREJUDICE

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300